UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER  :  21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :

-----------------------------------------------------------------X

WILMER ASTUDILLO AND MARIA I AVILA,  :  07-CV-01561-AKH

                      Plaintiffs,  :

                      :  **APPEARANCE**

    - against -  :

90 CHURCH STREET LIMITED  :  **ELECTRONICALLY FILED**
PARTNERSHIP, *et al.*,  :

                      Defendants.  :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York            DICKSTEIN SHAPIRO LLP
       October 3, 2007

                                  By:     /s/ Judith R. Cohen
                                                    _____

                                          Judith R. Cohen (JC-8614)
                                          1177 Avenue of the Americas
                                          New York, New York 10036
                                          Phone: (212) 277-6500
                                          Fax: (212) 277-6501

                                          *Attorney for Defendant*
                                          MERRILL LYNCH & CO., INC.

DOCSNY-271323v01