x:\tc51205\adoption

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------X
WILMER ASTUDILLO AND MARIA I. AVILA,

                      Plaintiffs,

    -against-

90 CHURCH STREET LIMITED PARTNERSHIP,
AMBIENT GROUP, INC., BATTERY PARK CITY
AUTHORITY, BELFORD USA GROUP, INC.
BLACKMON-MOORING-STEAMATIC
CATASTROPHE, INC. D/B/A BMS CAT, BOSTON
PROPERTIES, BOSTON PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP.,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LT., BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC., STRUCTURE
TONE (UK), INC., STRUCTURE TONE GLOBAL
SERVICES, INC., TISHMAN CONSTRUCTION
CORPORATION OF MANHATTAN, TISHMAN
CONSTRUCTION CORPORATION OF NEW YORK,
TISHMAN INTERIORS CORPORATION, TISHMAN
SPEYER PROPERTIES, TUCKER ANTHONY INC.,
VERIZON COMMUNICATION, INC., VERIZON NEW
YORK, INC., VERIZON PROPERTIES, INC., WFP

**NOTICE OF ADOPTION**

07 CV 01561

TOWER A CO., WFP TOWER A. CO. G.P., CORP., WFP
TOWER A. CO., L.P., and WFP TOWER D. CO., L.P.,

                                        Defendants.

------------------------------------------------------------------------X

      PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's Answer to the Master Complaint dated July 30, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      To the extent that STRUCTURE TONE's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, STRUCTURE TONE denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

      WHEREFORE, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
       August 31, 2007

                                          ROGER P. McTIERNAN, JR. (RPM 1680)
                                          BARRY, McTIERNAN & MOORE
                                          Attorneys for Defendants
                                          STRUCTURE TONE, INC. s/h/a
                                          STRUCTURE TONE (UK), INC. and
                                          STRUCTURE TONE GLOBAL SERVICES, INC.
                                          2 Rector Street – 14th Floor
                                          New York, New York  10006
                                          (212) 313-3600