William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION                21 MC 102 (AKH)


_____X

WILMER ASTUDILLO (AND WIFE, MARIA I
AVILA)
                                                  **NOTICE OF THE
                                                  BROOKFIELD
                                                  PARTIES' ADOPTION OF
                        V.                        AMENDED ANSWER
                                                  TO MASTER
                                                  <u>COMPLAINT</u>**

90 CHURCH STREET LIMITED PARTNERSHIP,
ET. AL.,                                          CASE NUMBER: (AKH)
                                                  07 CV 01561

_____X

    PLEASE TAKE NOTICE THAT Defendants Brookfield Financial Properties,

Inc., Brookfield Financial Properties, L.P., Brookfield Properties One WFC Co. LLC

f/k/a WFP Tower A Co. L.P., Brookfield Properties One WFC G.P. Corp. f/k/a WFP

Tower A Co. GP Corp., WFP Tower D Co. L.P. and WFP Tower D Co. GP Corp.

(collectively the "Brookfield Parties"), as and for their responses to the allegations set

forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master

Complaint filed in the above referenced action, hereby adopt the Brookfield Parties'

Amended Answer to Master Complaint, dated October 16, 2007, which was filed in the

matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC

102 (AKH).

    WHEREFORE, the Brookfield Parties demand judgment dismissing the above

captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
October 30 2007

Faust, Goetz, Schenker & Blee, LLP

By: William J. Smith (WJS-9137)
Attorneys for the Brookfield Parties
Two Rector Street, 20th Floor
New York, NY 10006
(212) 363-6900